RECEIVED
IN LAKE CHARLES, LA
DEC 0 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSEPH SMITH D/B/A DELAINE APARTMENTS** | : | **DOCKET NO. 06-1440** |
| VS. | : | **JUDGE TRIMBLE** |
| **EMPLOYERS MUTUAL CASUALTY COMPANY, INSURANCE UNLIMITED OF LOUISIANA, INC AND CASEY CHRIST** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED** that the motion for a stay (doc. #14) filed by Employers Mutual Casualty Co. is hereby **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 7th day of December, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE